AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Edeme MISSIADAN<br><br>Defendant(s) | Case No.  EP16mj 3026 ATB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 27, 2016__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S. Code § 1591(a)(1) & (b)(2) | In and affecting interstate and foreign commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain and patronize by any means a person, knowing that the person would be caused to engage in a commercial sex act, and after having a reasonable opportunity to observe the person, did knowingly and recklessly disregard the fact that the person had not attained the age of eighteen (18) years. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

David M. Blackshear, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 07/28/2016

_____
Judge's signature

City and state:  El Paso, TX

Anne T. Berton, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

On July 26, 2016, FBI and HSI agents ("Agents") received information from a Detective with the Mesa Police Department via the National Human Trafficking Resource Center that EDEME MISSIADAN traveled with at least one female juvenile victim, hereinafter identified as C.G., from Arizona to El Paso, Texas for the purposes of prostitution. The information also provided that a second female juvenile victim, later and hereinafter identified as G.A., may have been traveling with MISSIADAN and C.G.

Pursuant to a summons, www.Backpage.com ("Backpage") advertisements for prostitution were received, which pictured C.G. and G.A. The summons return listed phone number 480-XXX-XXXX (Number) and a Gmail email address (Email). From my training and experience, in order to register for an account and place advertisements on Backpage.com, Backpage requires an email address. The Email was used by MISSIADAN, C.G. and G.A. ("the Group") to register an account with Backpage. Furthermore, from my training and experience, it is normal practice to provide a telephone number within a Backpage advertisement for contact information. The advertisements posted on Backpage by the Group listed the Number as the contact information.

Agents initiated contact via text message with the Number listed on the Backpage ad in order to solicit an appointment for prostitution. The Number responded with the following text message:

> "Hi this is Natalia
> Are u affiliated with any law enforcement? Were not. Just Asking for safety reasons

      1 girl:
      Qv 100 hh 140 h 200
      2 girl:
      Qv 140 hh 200 h 300"

Agents and the Number negotiated a deal, via text message, for a half hour visit with one prostitute. A female utilizing the Number called the Agents and spoke with a witness, hereinafter identified as Witness 1. The female told Witness 1 to meet her at the Super 8 Motel located on Gateway Boulevard East, El Paso, Texas 79915 ("Super 8") which is in the Western District of Texas.

As Witness 1 approached the Super 8, a female was standing outside of Room 126 motioning to Witness 1. Witness 1 entered Room 126 and met C.G. and G.A. Witness 1, C.G. and G.A. agreed on a price for a sex act. Witness 1 produced $250.00 in cash and placed it on dresser. Agents entered Room 126 and detained C.G and G.A. Subsequently in the hotel courtyard, Agents apprehended MISSIADAN.

MISSIADAN was read his Miranda Rights. MISSIADAN indicated that he understood his rights and waived them in writing. MISSIADAN indicated that C.G. was 17 years old and G.A. was 15 years old. MISSIADAN stated that C.G. was his girlfriend. MISSIADAN stated that Group arrived in El Paso, Texas approximately five days prior from Arizona via Greyhound Bus. MISSIADAN stated that he purchased the bus tickets for the Group.

During the interview, MISSIADAN provided Agents consent to search his cellular phone. Upon examination of the cellular phone, Agents discovered images that were used in the Backpage advertisements for C.G. and G.A. Agents also discovered that the Email was linked to MISSIADAN's cellular phone. The Email account had administrative data that indicated the

subject Backpage advertisements were modified utilizing this Email account. MISSIADAN denied knowledge of any involvement in prostitution with C.G. and G.A.

Agents also interviewed C.G. C.G. provided Agents with her date of birth, which indicated that she was under the age of 18. C.G. stated that she traveled with the Group from Arizona to El Paso, Texas to try to make money from prostituting herself. C.G. indicated that MISSIADAN was not her boyfriend. C.G. was planning to travel to El Paso by herself, but MISSIADAN would not let her go without protection. C.G. stated that MISSIADAN rented Room 126 for the Group. Based on information received from the Super 8, Room 126 was rented and paid for by MISSIADAN.

Agents interviewed G.A. G.A. indicated that she was 15 years old. G.A. stated that she traveled with the Group from Arizona to El Paso, Texas for the purposes of prostitution. G.A. indicated that MISSIADAN provided security and monitored time for G.A. and C.G.'s prostitution appointments. MISSIADAN would send text messages to C.G. checking on the status of appointments. MISSIADAN would also knock on the hotel room doors when prostitution appointment times ended.